EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de septiembre 2015 a septiembre 2016 | 2017 TSPR 10<br><br>197 DPR ____ |

Número del Caso: EM-2017-02

Fecha: 25 de enero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
Septiembre 2015 a
Septiembre de 2016                    EM-2017-02


RESOLUCIÓN

En San Juan, Puerto Rico, a     de enero de 2017.

Durante el periodo de septiembre 2015 a septiembre de 2016, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### Septiembre 2015

| | |
|---|---|
| Celeste Abella Padilla | 3774 |
| Juan Canino Pieve | 7462 |
| Luis Espada Platet | 4056 |
| Enid Febo San Miguel | 13705 |
| Robert Howard | 2539 |
| Nicole B. Sánchez Batista | 18048 |
| Ramón Suris Fernández | 10083 |
| Pedro A. Del Valle Ferrer | 4939 |
| Héctor L. Rivera Báez | 1889 |

### Octubre 2015

| | |
|---|---|
| Kevin M. Acevedo Carlson | 13434 |
| Siomari Collazo Colón | 13896 |
| Carlos R. Váquez Ayala | 7808 |
| Cesar Cortés García | 6806 |
| Alexis López Cepero Laracuente | 9390 |
| Ismael Medina Rodríguez | 1970 |
| Manuel Merino Osorio | 6356 |

Hernán Ríos Maldonado              3916
Luis A. Suárez Zayas               3496
Francisco Vázquez Arce             7681

### Diciembre 2015

Rolando Betancourt Rivera          7433
Encarnita Catalán Marchán          8164
Karen Degró Morales               14549
Isabel Delgado Charbonnier         4291
Lázaro Duprey Ojeda               18348
Melanie A. Flores Viera           16638
Roberto Gonzalez Rivera            5652
Laura A. Martínez Guzmán          16672
Alice Marie Net Rigau             19368
Antonio Quidgley Viera             5357
José M. Román                      3469
Carmen T. Torre Couret             2878
Arcadio Cruz Soto                  7616

### Enero 2016

Guillermo Cid Cosme                6298
Margarita Corrada Mejías           8486
Adid M. Flores Ramírez            14988
Pedro Maisonet Domínguez           5145
Carmen Miranda Fernández           5221
Carmen N. Olmeda Ramírez           6957
Francisco A. Prados Rodríguez     14791
José L. Rivera Nazario            10783
Julio Morales Sánchez              2637
Rick Nemcik Cruz                  10957
Francisco J. Salichs Martínez      4414
Risa Tobin Acosta                 11934

### Abril 2016

José L. López Mestre               6222
Grace M. Reyes Pabón              19353
Rafael E. Dávila Thomas            5060

### Mayo 2016

William Mangual Martínez          12814
José R. González Magaz            11980
Carlos F. López Díaz              19394
Cándido L. López Flores           10865
Ulises Ortiz Rodríguez             4077
Neida L. Otero Concepción          7673
Ramón A. Peña Rivera               4841
Wilfredo Rivera Figueroa           4438
Raúl A. Rovira Burset              4861
Reinaldo Sagardía Pérez            3770

| | |
|---|---|
| Arturo Segal Jiménez | 5552 |
| Sharon M. Vega Brugueras | 12718 |
| Ina R. Aponte de Avilés | 3345 |
| Luis G. Saavedra Serrano | 5783 |

### Junio 2016

| | |
|---|---|
| Carmen P. López Arguelles | 11089 |
| Aleida Marxuach Rodríguez | 8567 |
| Eduardo A. Zayas Rivera | 6052 |
| Pedro Cepeda Parrilla | 3438 |
| Jaime R. Banuchi Hernández | 8475 |
| Ángel L. Flores Fernández | 5284 |
| Irba Cruz De Batista | 3340 |
| Emeterio Maldonado Guzmán | 2851 |
| José E. Moreno Cortés | 12228 |
| Miguel A. Negrón Weber | 3295 |
| Marilyn Valdés Ortega | 12412 |

### Agosto 2016

| | |
|---|---|
| Manuel J. González Del Toro | 15862 |

### Septiembre 2016

| | |
|---|---|
| Juan A. Correa Suárez | 5838 |
| Héctor R. Díaz Olmo | 6154 |
| Antonio Fernández Rodríguez | 2608 |
| Julio M. León Cotty | 5947 |
| Ruth D. Martir Negrón | 15603 |
| Ana H. Medina Cruz | 14231 |
| Enrique Adsuar Lores | 3076 |
| Patricia Andreu Hernández | 18942 |
| Maritza Arizmendi Díaz | 13217 |
| Myrna S. Bonilla Acosta | 3849 |
| Gilben Camacho Izquierdo | 5842 |
| Roy J. Cohen | 1571 |
| Rafael F. Díaz Fuentes | 4539 |
| Fernando B. Felices Sánchez | 6231 |
| Massiel I. Hernández Tolentino | 13305 |
| Miguel Limeres Grau | 2628 |
| Fernando López Vélez | 6924 |
| Moraima Marrero Caballero | 14596 |
| Gloria M. Oppenheimer Keelan | 7972 |
| Sisinio Ortiz Valentín | 5051 |
| Maria T. Ortiz Villahermosa | 7289 |
| Ivonne Ramírez Añeses | 6351 |
| Lymarie Ribot Vidal | 14433 |
| Antonio F. Santos Bayron | 6775 |
| Edna J. Vázquez García | 8700 |
| Julio R. Carrión Gonzalez | 6528 |
| Héctor A. Feliciano Carreras | 5118 |
| Maria E. Ferrer López de Víctor | 17748 |
| Ángel A. Martínez Rivera | 7863 |
| Abraham Morales Jiménez | 3379 |
| Miguel B. Morell Chardón | 5711 |

Francis O. Rodríguez Cardona        17259
Josefina Santiago Olivo             12716

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo